# Court of Appeals
# of the State of Georgia

ATLANTA, March 10, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0233. JEFFREY RAY RUTLEDGE v. THE STATE.**

On November 23, 2020, the trial court entered an order denying post-conviction motions filed by Jeffrey Ray Rutledge. On February 23, 2021, Rutledge filed this application for discretionary appeal. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Rutledge filed the application 92 days after entry of the trial court's order, it is untimely. Accordingly, the application is hereby DISMISSED for lack of jurisdiction. See id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __03/10/2021__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.